June 15, 1979.

417 A.2d 775

Commonwealth v. Braden, Appellant.

Submitted September 11, 1978. George A. Hahalis, for appellant; Edward Zamborsky, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.